UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK ANDREW STONE and : CHAPTER 13
MEGAN THERESA STONE :
    Debtor(s) :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
:
    vs. :
:
MARK ANDREW STONE and :
MEGAN THERESA STONE :
    Respondent(s) : CASE NO.  5-17-bk-01661

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

    AND NOW, this 9th day of June, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. The Trustee provides notice to the Court as to the ineffectiveness of debtor(s) Chapter 13 Plan for the following reasons:

    a. Other plan provisions specifically, Section 8.A.(1)b. Specifically, Section 8.A(5) whereby through plan confirmation, this provision creates a new type of administrative claim not provided for in the Bankruptcy Code.

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

    Respectfully submitted:

    Charles J. DeHart, III
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    (717) 566-6097

BY:    /s/Agatha R. McHale
    Attorney for Trustee

CERTIFICATE OF SERVICE

        AND NOW, this 9th day of June, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Carlo Sabatini, Esquire
216 North Blakely Street
Dunmore, PA 18512

        /s/Deborah A. Behney
        Office of Charles J. DeHart, III
        Standing Chapter 13 Trustee