```
                                United States Bankruptcy Court
                                Middle District of Pennsylvania
In re:                                                                   Case No. 17-01661-JJT
Mark Andrew Stone
Megan Theresa Stone                                                      Chapter 13
        Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0314-5          User: AGarner              Page 1 of 3              Date Rcvd: Jun 07, 2017
                              Form ID: ntcnfhrg          Total Noticed: 89


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2017.
db/jdb       +Mark Andrew Stone,   Megan Theresa Stone,   14 Yorktown Road,   Mountain Top, PA 18707-2236
cr           +JPMorgan Chase Bank, National Association,   3415 Vision Drive,   Columbus, OH 43219-6009
4912093      +American Express,   P.O. Box 981535,   El Paso, TX 79998-1535
4912094      +BARBARA MACKO,   WRIGHT TOWNSHIP TAX COLL,   321 S MOUNTAIN BLVD,   MOUNTAIN TOP PA 18707-1915
4912095      +BARCLAYS BANK DELAWARE,   125 S WEST ST,   WILMINGTON DE 19801-5014
4912098      +CAPITAL ONE BANK,   PO BOX 30281,   SALT LAKE CITY UT 84130-0281
4912099       CHASE,   PO BOX 24696,   COLUMBUS OH 43224-0696
4912100       CHASE,   PO BOX 78420,   PHOENIX AZ 85062-8420
4912101      +CHASE BANK ONE,   PO BOX 15298,   WILMINGTON DE 19850-5298
4912102      +CITICARDS CBNA,   PO BOX 6241,   SIOUX FALLS SD 57117-6241
4912103      +CITIZENS BANK,   250 LEGACY PLACE,   DEDHAM MA 02026-6828
4912104      +CLIENT SERVICES INC,   3451 HARRY S TRUMAN BLVD,   ST CHARLES MO 63301-9816
4912105      +CLIENT SERVICES INC,   PO BOX 1503,   ST PETERS MO 63376-0027
4912106       CREDIT CONTROL LLC,   PO BOX 31179,   TAMPA FL 33631-3179
4912109       DYNAMIC RECOVERY SOLUTIONS,   PO BOX 25759,   GREENVILLE SC 29616-0759
4912110      +Equifax,   PO Box 740256,   Atlanta GA 30374-0256
4912111      +Experian,   Profile Maintenance,   PO Box 9558,   Allen TX 75013-9558
4912112      +FBCS INC,   330 S WARMINSTER RD STE 353,   HATBORO PA 19040-3433
4912113       FBCS INC,   PO BOX 1116,   CHARLOTTE NC 28201-1116
4912115      +FIRST PREMIER BANK,   3820 N LOUISE AVE,   SIOUX FALLS SD 57107-0145
4912116      +FIRSTSOURCE ADVANTAGE LLC,   205 BRYANT WOODS S,   AMHERST NY 14228-3609
4912117       FIRSTSOURCE ADVANTAGE LLC,   PO BOX 628,   BUFFALO NY 14240-0628
4912114      +First National Bank,   100 S. Phillips Ave,   Sioux Falls, SD 57104-6726
4912119      +GITTENS DISPOSAL SERVICE,   PO BOX 133,   MOUNTAIN TOP PA 18707-0133
4912121      +Home Projects Visa,   Wells Fargo,   P.O. Box 6995,   Portland, OR 97228-6995
4912122      +Honorable Gerald L. Feissner,   MDJ-11-3-06,   321 South Mountain Boulevard,
               Mountain Top, PA 18707-1915
4912126      +JH PORTFOLIO DEBT,   5757 PHANTOM DR STE 225,   HAZELWOOD MO 63042-2429
4912124       Jay N. Levin, President and CEO,   OneMain Holdings, Inc.,   601 N.W. Second Street,
               Evansville, IN 47708-1013
4912131       LVNV FUNDING LLC,   625 PILOT RD STE 3,   LAS VEGAS NV 89119-4485
4912129      +Luzerne County Tax Claim Bureau,   200 North River Street,   Wilkes-Barre, PA 18711-1004
4912133      +MACYS,   PO BOX 8218,   MASON OH 45040-8218
4912135      +MONARCH RECOVERY MANAGEMENT,   10965 DECATUR RD,   PHILADELPHIA PA 19154-3210
4912137      +MOUNTAIN TOP AREA,   JOINT SANITARY AUTHORITY,   290 MORIO DR,   MOUNTAINTOP PA 18707-9408
4912134       Merchants and Medical Credit Corp,   6324 Taylor Dr,   Flint MI 48507-4685
4912136       Monarch Recovery Management, Inc.,   PO Box 21089,   Philadelphia, PA 19114-0589
4921596      +Mountaintop Area Joint Sanitary Authority,   c/o Donald G. Karpowich, Attorney-at-Law,
               85 Drasher Road,   Drums PA 18222-2624
4912139      +NORTHEAST REVENUE SERVICE,   1170 HWY 315 STE 2,   PLAINS PA 18702-6906
4912138      +NORTHEAST REVENUE SERVICE,   200 N RIVER STREET,   WILKES BARRE PA 18711-1004
4912140      +NORTHLAND GROUP INC,   PO BOX 390905,   MINNEAPOLIS MN 55439-0905
4912141      +NORTHLAND GROUP INC,   PO BOX 390846,   MINNEAPOLIS MN 55439-0846
4912143       Officer, Managing or General Agent,   OneMain Holdings, Inc.,   601 N.W. Second Street,
               Evansville, IN 47708-1013
4912146       OneMain Holdings, Inc.,   601 N.W. Second Street,   Evansville, IN 47708-1013
4912150      +PNC BANK,   PO BOX 856177,   LOUISVILLE KY 40285-6177
4912151      +PPL Electric Utilities,   2 North 9th Street CPC-GENN1,   Allentown, PA 18101-1179
4912576      +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4912152      +PRESSLER AND PRESLLER,   508 PRUDENTIAL RD STE 200-B,   HORSHAM PA 19044-2309
4912153       PRESSLER AND PRESSLER LLP,   7 ENTIN RD,   PARSIPPANY NJ 07054-5020
4912147       Pennsylvania American Water,   P.O. Box 371412,   Pittsburgh, PA 15250-7412
4912149       Phillips & Cohen Assoc LTD,   Mail Stop 559,   1002 Justison St,   Wilmington DE 19801-5148
4912154       Ralph Gulko Esquire,   Pressler and Pressler LLP,   7 Entin Rd.,   Parsippany NJ 07054-5020
4912157      +SERVICE ELECTRIC CABLE TV,   AND COMMUNICATIONS,   15 J CAMPBELL COLLINS DR,
               WILKES BARRE PA 18702-6636
4912158      +SRA ASSOCIATES INC,   401 MINNETONKA RD,   HI NELLA NJ 08083-2914
4912163      +THE RECEIVABLES MANAGEMENT,   SERVICES CORPORATION,   PO BOX 361595,   COLUMBUS OH 43236-1595
4912166      ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: TOYOTA FINANCIAL SERVICES,   ASSET PROTECTION DEPT,   PO BOX 2958,
               TORRANCE CA 90509-2958)
4922207      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
4912167      +Transunion Corporation,   Attention Public Records,   555 West Adams St,
               Chicago IL 60661-3631
4912168      +UGI PENN NATURAL GAS INC,   PO BOX 15533,   WILMINGTON DE 19850-5533
4912169      +United Collection Bureau, Inc.,   5620 Southwyck Blvd Ste 206,   Toledo, OH 43614-1501
4912170      +Verizon,   PO Box 4003,   Acworth, GA 30101-9004
4912172       Wright Township,   321 South Mountain Boulevard,   Mountaintop, PA 18707-1995
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4912090        +E-mail/Text: amscbankruptcy@adt.com Jun 07 2017 19:04:59      ADT Security,    3190 S. Vaughn Way,
                 Aurora, CO 80014-3537
4912091         E-mail/Text: roy.buchholz@allianceoneinc.com Jun 07 2017 19:04:18      ALLIANCEONE RECEIVABLES,
                 MANAGEMENT INC,    PO BOX 3111,   SOUTHEASTERN PA 19398-3111
4912092        +E-mail/Text: roy.buchholz@allianceoneinc.com Jun 07 2017 19:04:18
                 ALLIANCEONE RECEIVABLES MANAGEMENT INC,    4850 STREET RD SUITE 300,    TREVOSE PA 19053-6643
4928161        +E-mail/Text: csc.bankruptcy@amwater.com Jun 07 2017 19:05:01     American Water,    PO Box 578,
                 Alton, IL 62002-0578
4912097         E-mail/Text: cms-bk@cms-collect.com Jun 07 2017 19:04:28     CAPITAL MANAGEMENT SERVICES LP,
                 698 1/2 S OGDEN ST,    BUFFALO NY 14206-2317
4912107        +E-mail/PDF: creditonebknotifications@resurgent.com Jun 07 2017 19:00:32     CREDIT ONE BANK,
                 PO BOX 98872,    LAS VEGAS NV 89193-8872
4912096        +E-mail/Text: WFB.Bankruptcy@cabelas.com Jun 07 2017 19:05:05     Cabela's/WFB,
                 4800 NW 1st Street,    Lincoln, NE 68521-4463
4912108        +E-mail/PDF: creditonebknotifications@resurgent.com Jun 07 2017 19:00:23     Credit One Bank,
                 585 E. Pilot Road,    Las Vegas, NV 89119-3619
4912118         E-mail/Text: bankruptcynotification@ftr.com Jun 07 2017 19:05:03     FRONTIER COMMUNICATIONS,
                 19 JOHN ST,    MIDDLETOWN NY 10940-1234
4912120        +E-mail/Text: bankruptcy@affglo.com Jun 07 2017 19:04:41     GLOBAL CREDIT & COLLECTIONS CORP,
                 5440 N CUMBERLAND AVE STE 300,    CHICAGO IL 60656-1486
4912123         E-mail/Text: cio.bncmail@irs.gov Jun 07 2017 19:04:23     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
4912125         E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 07 2017 19:04:46      JEFFERSON CAPITAL SYSTEMS LLC,
                 16 MCLELAND RD,    ST CLOUD MN 56303
4912127        +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 07 2017 19:04:21      KOHLS,   PO BOX 3115,
                 MILWAUKEE WI 53201-3115
4912128        +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 07 2017 19:04:20      KOHLS,   PO BOX 2983,
                 MILWAUKEE WI 53201-2983
4912130        +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 07 2017 19:00:24     LVNV FUNDING,
                 CO RESURGENT CAPITAL SVCS,    PO BOX 10497,    GREENVILLE SC 29603-0497
4912132        +E-mail/PDF: clerical@simmassociates.com Jun 07 2017 19:00:32     LVNV FUNDING LLC,
                 PO BOX 1259,    OAKS PA 19456-1259
4912142         E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jun 07 2017 19:04:39
                 OFFICE OF US TRUSTEE MD OF PA,    228 WALNUT ST 11TH FLOOR,    PO BOX 969,
                 HARRISBURG PA 17108-0969
4914634         E-mail/PDF: cbp@onemainfinancial.com Jun 07 2017 19:00:13     ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
4912144         E-mail/PDF: cbp@onemainfinancial.com Jun 07 2017 19:00:12     ONEMAIN,    PO BOX 742536,
                 CINCINNATI OH 45274-2536
4912145        +E-mail/PDF: cbp@onemainfinancial.com Jun 07 2017 19:00:12     ONEMAIN FINANCIAL INC,
                 695 KIDDER ST,    WILKES BARRE PA 18702-6938
4912148         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 07 2017 19:04:32
                 Pennsylvania Department of Revenue,    Department 280946,    Attn: Bankruptcy Division,
                 Harrisburg, PA 17128-0946
4912155        +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 07 2017 19:00:16
                 RESURGENT CAPITAL SVCS,    55 BEATTIE PL #110,    GREENVILLE SC 29601-5115
4912156        +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 07 2017 19:00:25
                 Resurgent Correspondence,    PO Box 10497,    Greenville, SC 29603-0497
4912159        +E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2017 19:00:13     SYNCB TJX,    PO BOX 965015,
                 ORLANDO FL 32896-5015
4912160        +E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2017 19:00:31     SYNCB WALMART,    PO BOX 965024,
                 ORLANDO FL 32896-5024
4912161        +E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2017 19:00:13     SYNCB/Lowe's,    P.O. Box 965036,
                 Orlando, FL 32896-5036
4912162         E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2017 19:00:31     SYNCB/Walmart,    P.O. Box 965036,
                 Orlando, FL 32896-5036
4918800         E-mail/Text: bkrcy@ugi.com Jun 07 2017 19:04:57     UGI Utilities Inc,    PO Box 13009,
                 Reading PA 19612
4912171        +E-mail/Text: WFB.Bankruptcy@cabelas.com Jun 07 2017 19:05:05     WORLDS FOREMOST BANK,
                 4800 NW 1ST ST STE 300,    LINCOLN NE 68521-4463
                                                                                               TOTAL: 29

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
4912164*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court:   TOYOTA FINANCIAL SERVICES,    PO BOX 5855,
                 CAROL STREAM IL 60197-5855)
4912165*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court:   TOYOTA FINANCIAL SERVICES,    PO BOX 8026,   CEDAR RAPIDS IA 52409)
                                                                                        TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0314-5           User: AGarner              Page 3 of 3                Date Rcvd: Jun 07, 2017
                               Form ID: ntcnfhrg          Total Noticed: 89
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2017 at the address(es) listed below:
```
              Carlo  Sabatini    on behalf of Debtor Mark Andrew Stone usbkct@bankruptcypa.com,
               kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptc
               ypa.com
              Carlo  Sabatini    on behalf of Joint Debtor Megan Theresa Stone usbkct@bankruptcypa.com,
               kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptc
               ypa.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor   JPMorgan Chase Bank, National Association pa-bk@logs.com
              Peter E Meltzer    on behalf of Creditor   OneMain Financial Inc. bankruptcy@wglaw.com,
               state@wglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Mark Andrew Stone<br>aka Mark Stone, aka Mark A. Stone<br>Megan Theresa Stone<br>aka Megan Stone, aka Megan T. Stone, fdba Liberty Cakes<br><br>Debtor(s) | Chapter 13<br><br>Case No. 5:17−bk−01661−JJT |

# Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **July 7, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>Courtroom #2, Max Rosenn US<br>Courthouse, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: July 11, 2017<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: AGarner, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 7, 2017 |