# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mark Andrew Stone and Megan Theresa Stone, Debtors | Chapter 13 |
| One Main Financial, Inc. Objector | |
| vs. | Case No. 5:17-bk-01661-JJT |
| Mark Andrew Stone and Megan Theresa Stone, Respondents | **RE: Objection to Confirmation of Plan (Doc. 17)** |

## STATUS REPORT

One Main Financial, Inc. ("One Main") and the trustee have each filed objections to confirmation. One Main's objection (Doc. 17) has been settled with an agreement that the Debtor will file an amended plan within 30 days after the Court rules on any other timely filed objections.

s/ Carlo Sabatini
Carlo Sabatini, Attorney for Debtors
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com
Bar Number PA 83831
