```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                      Case No. 17-01661-JJT
Mark Andrew Stone                                           Chapter 13
Megan Theresa Stone
        Debtors                  **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: CathyPeak          Page 1 of 1           Date Rcvd: Sep 22, 2017
                            Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2017.
db/jdb         +Mark Andrew Stone,    Megan Theresa Stone,    14 Yorktown Road,    Mountain Top, PA 18707-2236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2017 at the address(es) listed below:
              Carlo  Sabatini    on behalf of Debtor Mark Andrew Stone usbkct@bankruptcypa.com,
               kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptc
               ypa.com
              Carlo  Sabatini    on behalf of Joint Debtor Megan Theresa Stone usbkct@bankruptcypa.com,
               kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptc
               ypa.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association pa-bk@logs.com
              Peter E Meltzer    on behalf of Creditor    OneMain Financial Inc. bankruptcy@wglaw.com,
               state@wglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER THIRTEEN |
| | : | |
| MARK ANDREW STONE and MEGAN THERESA STONE, | : | BANKRUPTCY NO.: 5-17-bk-01661-JJT |
| | : | |
| DEBTORS | : | |
| | : | |
| CHARLES J. DeHART, III, STANDING CHAPTER 13 TRUSTEE, | : | {**Nature of Proceeding**: Trustee's Objection to Chapter 13 Plan (Doc. #21)} |
| | : | |
| OBJECTOR | : | |
| | : | |
| vs. | : | |
| | : | |
| MARK ANDREW STONE and MEGAN THERESA STONE, | : | |
| | : | |
| RESPONDENTS | : | |

# ORDER

For those reasons indicated in the Opinion filed this date, **IT IS HEREBY**

**ORDERED** that the Trustee's Objection to the Chapter 13 Plan is sustained and confirmation is denied. Debtors are directed to file an Amended Plan within thirty (30) days of the date of this Order.

By the Court,

Date: September 22, 2017

John J. Thomas, Bankruptcy Judge
(CMP)