```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 17-01661-JJT
Mark Andrew Stone                                                   Chapter 13
Megan Theresa Stone
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AGarner            Page 1 of 1            Date Rcvd: Jun 29, 2018
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2018.
db/jdb         +Mark Andrew Stone,    Megan Theresa Stone,    14 Yorktown Road,    Mountain Top, PA 18707-2236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2018 at the address(es) listed below:
              Carlo   Sabatini    on behalf of Debtor 2 Megan Theresa Stone usbkct@bankruptcypa.com,
               kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptc
               ypa.com
              Carlo   Sabatini    on behalf of Debtor 1 Mark Andrew Stone usbkct@bankruptcypa.com,
               kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptc
               ypa.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association pa-bk@logs.com
              Peter E Meltzer    on behalf of Creditor    OneMain Financial Inc. bankruptcy@wglaw.com,
               state@wglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mark Andrew Stone and Megan Theresa Stone,<br><br>                Debtors<br><br>Mark Andrew Stone and Megan Theresa Stone,<br><br>                Movants<br><br>v.<br><br>OneMain Financial, Inc. and One Main Financial Group, LLC,<br><br>                Respondents | Chapter 13<br>Case No. 5:17-bk-1661-JJT |

## ORDER

Upon consideration of Debtors' Motion to Substitute Collateral, it is hereby ordered that the motion is GRANTED, and that

1.    Debtors shall use the insurance proceeds from the Ford Ranger with a VIN of 1FTZR45E83PB12520 ("the Original Collateral") to purchase a replacement vehicle that is of equal or greater value as compared to the Original Collateral;

2.    One Main Financial Group, LLC shall be placed as a first lienholder on the title for the replacement vehicle;

3.    One Main Financial Group, LLC shall release its lien on the Original Collateral;

4.    Debtors shall transfer title to the Original Collateral to the insurance company; and

5.    One Main Financial Group, LLC shall release its lien on the replacement vehicle upon the completion of the payments required under the confirmed Chapter 13 plan.

Dated: June 29, 2018

By the Court,

_John J. Thomas_ (signature)

John J. Thomas, Bankruptcy Judge (CMP)