# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MARK ANDREW STONE AKA MARK A. STONE; AKA MARK STONE; FDBA LIBERTY CAKES; MEGAN THERESA STONE AKA MEGAN T. STONE; AKA MEGAN STONE, | CHAPTER 13<br><br>CASE NO. 5:17-bk-01661-JJT |
| Debtors, | |
| MARK STONE, | |
| Movant, | |
| TATE & KIRLIN ASSOCIATES, INC., | |
| Respondent. | |

## NOTICE OF WITHDRAWAL OF MOTION FOR A RULE 2004 EXAMINATION OF TATE & KIRLIN ASSOCIATES, INC.

Debtor hereby withdraws, without prejudice, *Debtor Mark Stone's Motion for A Rule 2004 Examination of Tate & Kirlin Associates, Inc.* (Doc. 55).

                                                        s/ Carlo Sabatini
                                                        Carlo Sabatini, Attorney for Movant
                                                        Bar Number PA 83831
                                                        Sabatini Freeman, LLC
                                                        216 N. Blakely St.
                                                        Dunmore, PA 18512
                                                        Phone (570) 341-9000
                                                        Facsimile (570) 504-2769
                                                        Email ecf@bankruptcypa.com