# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MARK ANDREW STONE AKA MARK A. STONE; AKA MARK STONE; FDBA LIBERTY CAKES; MEGAN THERESA STONE AKA MEGAN T. STONE; AKA MEGAN STONE,<br><br>Debtors,<br><br>MARK STONE,<br><br>Movant,<br><br>SOURCE RECEIVABLES MANAGEMENT, LLC,<br><br>Respondent. | CHAPTER 13<br><br>CASE NO. 5:17-bk-01661-JJT |

## NOTICE OF WITHDRAWAL OF MOTION FOR A RULE 2004 EXAMINATION OF SOURCE RECEIVABLES MANAGEMENT, LLC.

Debtor hereby withdraws, without prejudice, *Debtor Mark Stone's Motion for A Rule 2004 Examination of Source Receivables, Management, LLC* (Doc. 54).

s/ Carlo Sabatini
Carlo Sabatini, Attorney for Movant
Bar Number PA 83831
Sabatini Freeman, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com