UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MARK ANDREW STONE AND MEGAN STONE,<br><br>Debtors<br><br>MARK STONE,<br><br>Movant<br><br>-vs.-<br><br>TATE & KIRLIN ASSOCIATES, INC.,<br><br>Respondent. | Chapter 13<br><br>Case No. 5:17-bk-01661-JJT<br><br><br><br>**NOTICE OF APPEARANCE** |

TO: CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Kindly enter my appearance on behalf of Respondent, TATE & KIRLIN ASSOCIATES, INC., relative to the above-captioned matter.

Dated: December 27, 2018                /s/   Robert J. Hannen
                                        Robert J. Hannen

                                        PA I.D. No. 63432
                                        Attorney for Respondent

                                        Eckert Seamans Cherin & Mellott, LLC
                                        600 Grant Street, 44th Floor
                                        Pittsburgh, PA 15219
                                        412.566.5911
                                        rhannen@eckertseamans.com

{J2438149.1}

# CERTIFICATE OF SERVICE

I certify that on this 27th day of December, 2018, the foregoing Notice of Appearance was filed electronically with the clerk of the United States Bankruptcy Court for the Middle District of Pennsylvania, which will send notification of such filing to all ECF-registered counsel of record.

        *s/ Robert J. Hannen*
        Robert J. Hannen, Esq.