```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
```

In re:                                                              Case No. 17-01661-RNO
Mark Andrew Stone                                                   Chapter 13
Megan Theresa Stone
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: TWilson           Page 1 of 1             Date Rcvd: Mar 28, 2019
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2019.
db/jdb          +Mark Andrew Stone,   Megan Theresa Stone,   14 Yorktown Road,   Mountain Top, PA 18707-2236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2019 at the address(es) listed below:
              Carlo    Sabatini    on behalf of Debtor 1 Mark Andrew Stone usbkct@bankruptcypa.com,
               kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptc
               ypa.com;G62721@notify.cincompass.com
              Carlo    Sabatini    on behalf of Debtor 2 Megan Theresa Stone usbkct@bankruptcypa.com,
               kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptc
               ypa.com;G62721@notify.cincompass.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Harry A Readshaw    on behalf of Witness    Tate & Kirlin Associates, Inc.
               hreadshaw@eckertseamans.com
              James   Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association pa-bk@logs.com
              Peter E Meltzer    on behalf of Creditor    OneMain Financial Inc. bankruptcy@wglaw.com,
               ibernatski@wglaw.com
              Robert J Hannen    on behalf of Witness    Tate & Kirlin Associates, Inc. rhannen@eckertseamans.com,
               mrichter@eckertseamans.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br><br>MARK ANDREW STONE<br><br>                          **Debtor 1**<br>MEGAN THERESA STONE<br>                          **Debtor 2**<br>MARK STONE<br>                          **Movant(s)**<br>    vs.<br>TATE & KIRLIN ASSOCIATES, INC.<br>                     **Respondent(s)** | Chapter:<br><br>Case No.:<br><br>Document No.:<br><br>Nature of<br>Proceeding: | 13<br><br>5-17-bk-01661 RNO<br><br>62<br><br>Motion for Contempt |

## ORDER

After due consideration of the Debtor's Motion for Contempt (Doc. #62) (the "Motion"), and after due consideration of the Objection of Tate & Kirlin Associates, Inc. ("T&K") thereto (Doc. #66), after hearing held on March 28, 2019, it is

ORDERED that the Motion is granted in part and denied in part; and,

FURTHER ORDERED that within fourteen (14) days of the date of this Order, and without any requirement that any further subpoena be issued, T&K shall produce all of the documents that were identified in paragraphs 9 through 16 of the Notice. For purposes of this Order, the term "the Notice" refers to the Examination Notice that begins on page 6 of the document filed to Doc. 62-1 on the above-captioned docket; and,

FURTHER ORDERED that at 9:30 a.m. on an agreed to date that is on or before twenty-one (21) days after the date of this Order, and without any requirement that any further subpoena be issued, a designated representative of T&K shall appear at the location designated in the Notice. The representative shall provide testimony regarding all of the information reasonably available to T&K on the topics identified in paragraphs 1 through 8 of the Notice. The

examination may be rescheduled by written agreement of the parties without further order of this Court.

By the Court,

*Robt N. Opel II*

Robert N. Opel, II, Chief Bankruptcy Judge (BI)

March 28, 2019

Order – Blank with Parties - Revised 04/18