In re:                                                          Case No. 17-01661-RNO
Mark Andrew Stone                                               Chapter 13
Megan Theresa Stone
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: JGoodling          Page 1 of 1                Date Rcvd: Jul 26, 2019
                             Form ID: orfeedue        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2019.
cr              +JPMorgan Chase Bank, National Association,   3415 Vision Drive,   Columbus, OH 43219-6009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2019 at the address(es) listed below:
          Carlo  Sabatini   on behalf of Debtor 1 Mark Andrew Stone usbkct@bankruptcypa.com,
           kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptc
           ypa.com;G62721@notify.cincompass.com
          Carlo  Sabatini   on behalf of Plaintiff Mark  Stone usbkct@bankruptcypa.com,
           kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptc
           ypa.com;G62721@notify.cincompass.com
          Carlo  Sabatini   on behalf of Debtor 2 Megan Theresa Stone usbkct@bankruptcypa.com,
           kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptc
           ypa.com;G62721@notify.cincompass.com
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          Harry A Readshaw   on behalf of Witness   Tate & Kirlin Associates, Inc.
           hreadshaw@eckertseamans.com
          Harry A Readshaw   on behalf of Defendant   Tate & Kirlin Associates, Inc.
           hreadshaw@eckertseamans.com
          James  Warmbrodt   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Kevin S Frankel   on behalf of Creditor   JPMorgan Chase Bank, National Association pa-bk@logs.com
          Peter E Meltzer   on behalf of Creditor   OneMain Financial Inc. bankruptcy@wglaw.com,
           ibernatski@wglaw.com
          Robert J Hannen   on behalf of Witness   Tate & Kirlin Associates, Inc. rhannen@eckertseamans.com,
           mrichter@eckertseamans.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Mark Andrew Stone
aka Mark Stone, aka Mark A. Stone

Megan Theresa Stone
aka Megan Stone, aka Megan T. Stone, fdba Liberty
Cakes

**Debtor(s)**

Chapter 13

Case number 5:17–bk–01661–RNO

Document Number: 79

### <u>Order Filing Fee Due</u>

A transfer of claim was filed on **July 25, 2019**. As approved by the Judicial Conference of the United States at its September 2012 session and pursuant to Item 20 of the Bankruptcy Court Miscellaneous Fee Schedule (Fee Schedule), a fee in the amount of **$25.00** is due upon the filing of a claim transfer, partial claim transfer, or amended claim transfer.

**IT IS HEREBY ORDERED** that the fee be paid in full on or before **August 2, 2019**.

Dated: July 26, 2019

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: JGoodling, Deputy Clerk

orfeedue(05/18)