In re:                                                      Case No. 17-01661-RNO
Mark Andrew Stone                                           Chapter 13
Megan Theresa Stone
         Debtors
## CERTIFICATE OF NOTICE

District/off: 0314-5        User: JGoodling        Page 1 of 1          Date Rcvd: Jul 26, 2019
                           Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2019.
4956102            +Chase Records Center,    ATTN: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                    Monroe, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2019 at the address(es) listed below:
              Carlo  Sabatini    on behalf of Debtor 1 Mark Andrew Stone usbkct@bankruptcypa.com,
               kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptc
               ypa.com;G62721@notify.cincompass.com
              Carlo  Sabatini    on behalf of Plaintiff Mark  Stone usbkct@bankruptcypa.com,
               kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptc
               ypa.com;G62721@notify.cincompass.com
              Carlo  Sabatini    on behalf of Debtor 2 Megan Theresa Stone usbkct@bankruptcypa.com,
               kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptc
               ypa.com;G62721@notify.cincompass.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Harry A Readshaw    on behalf of Witness    Tate & Kirlin Associates, Inc.
               hreadshaw@eckertseamans.com
              Harry A Readshaw    on behalf of Defendant    Tate & Kirlin Associates, Inc.
               hreadshaw@eckertseamans.com
              James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association pa-bk@logs.com
              Peter E Meltzer    on behalf of Creditor    OneMain Financial Inc. bankruptcy@wglaw.com,
               ibernatski@wglaw.com
              Robert J Hannen    on behalf of Witness    Tate & Kirlin Associates, Inc. rhannen@eckertseamans.com,
               mrichter@eckertseamans.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 11

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:17-bk-01661-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Mark Andrew Stone<br>14 Yorktown Road<br>Mountain Top PA 18707 | Megan Theresa Stone<br>14 Yorktown Road<br>Mountain Top PA 18707 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/25/2019.

**Name and Address of Alleged Transferor(s):**

Claim No. 17: Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203

**Name and Address of Transferee:**

M&T Bank
Bankruptcy Department
P.O. Box 840
Buffalo, NY 14240-0810
M&T Bank
Bankruptcy Department

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/28/19

Terrence S. Miller
**CLERK OF THE COURT**