IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARK ANDREW STONE and
MEGAN THERESA STONE,  No. 5:17-bk-01661-RNO

    Debtors.

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to L.B.R. 9010-1(d), Robert J. Hannen moves for leave to withdraw his appearance as counsel for Witness, Tate & Kirlin Associates, Inc., as he is no longer a member of Eckert Seamans Cherin & Mellott, LLC. Tate & Kirlin Associates, Inc. will continue to be represented by Attorney Harry A. Readshaw and Eckert Seamans Cherin & Mellott, LLC, and papers may continue to be served at his office and email addresses. The undersigned counsel certifies that this change is not intended to, nor will it, delay this proceeding to the best of my knowledge, information or belief.

    Dated: March 9, 2020

Respectfully submitted,

By *s/ Robert J. Hannen*
Robert J. Hannen (#63432)
CLARK HILL PLC
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219
412-394-2322
rhannen@clarkhill.com

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Withdrawal of Appearance was filed via the Court's electronic filing system this 9th day of March, 2020, so as to automatically serve counsel of record.

*s/ Robert J. Hannen*
Robert J. Hannen
CLARK HILL PLC
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219
412-394-2322
rhannen@clarkhill.com

223535975.v1