```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                           Case No. 17-01661-RNO
Mark Andrew Stone                                                Chapter 13
Megan Theresa Stone
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke              Page 1 of 1         Date Rcvd: Mar 11, 2020
                              Form ID: pdf010              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2020.
        +Robert J Hannen,    Clark Hill PLC,    One Oxford Centre,    301 Grant Street, 14th Floor,
         Pittsburgh, PA 15219-1408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2020 at the address(es) listed below:
        Carlo   Sabatini    on behalf of Debtor 1 Mark Andrew Stone usbkct@bankruptcypa.com,
         kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptc
         ypa.com;G62721@notify.cincompass.com
        Carlo   Sabatini    on behalf of Plaintiff Mark  Stone usbkct@bankruptcypa.com,
         kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptc
         ypa.com;G62721@notify.cincompass.com
        Carlo   Sabatini    on behalf of Debtor 2 Megan Theresa Stone usbkct@bankruptcypa.com,
         kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptc
         ypa.com;G62721@notify.cincompass.com
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        Harry A Readshaw    on behalf of Defendant   Tate & Kirlin Associates, Inc.
         hreadshaw@eckertseamans.com
        Harry A Readshaw    on behalf of Witness   Tate & Kirlin Associates, Inc.
         hreadshaw@eckertseamans.com
        James   Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        James   Warmbrodt    on behalf of Creditor   Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
        Kevin S Frankel    on behalf of Creditor   JPMorgan Chase Bank, National Association pa-bk@logs.com
        Peter E Meltzer    on behalf of Creditor   OneMain Financial Inc. bankruptcy@wglaw.com,
         ibernatski@wglaw.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        Vincent   Rubino    on behalf of Mediator Vincent   Rubino
         lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
         anwilliams.com;swiggins@newmanwilliams.com
                                                                                         TOTAL: 12

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Mark Andrew Stone** aka Mark Stone aka Mark A. Stone | Chapter: | 13 |
| **Debtor 1** | | |
| **Megan Theresa Stone** aka Megan Stone aka Megan T. Stone fdba Liberty Cakes | Case No.: | 5:17-bk-01661-RNO |
| | Document No.: | 84 |
| | Nature of Proceeding: | Motion to Withdraw Appearance |

## ORDER APPROVING WITHDRAWAL

IT APPEARING that a Motion to Withdraw Appearance of Robert J. Hannen as counsel for Tate & Kirlin Associates, Inc., has been filed regarding this matter, **IT IS HEREBY**

**ORDERED** that the Motion to Withdraw Appearance is APPROVED.

Dated: March 11, 2020         By the Court,

*Robert N. Opel II*
Robert N. Opel, II, Bankruptcy Judge (BI)

Ord Approving Withdrawal - Revised 04/18