# THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re: Mark Stone and Megan Stone | Chapter 13 |
|---|---|
| | Case No. 5:17-bk-01661-RNO |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of the Debtors.

*s/ Brett Freeman*
Brett Freeman
Bar Number PA 308834
Attorney for Debtors
SABATINI FREEMAN, LLC
216 N. Blakely St.
Dunmore, PA 18512
P: (570) 341-9000
F: (570) 504-2769
bfecf@sabatinilawfirm.com