Revised 04/2014

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK A STONE

      MEGAN STONE

                                         )   Case No. 17-01661
                                         )   Chapter 13

      Debtor(s)

### NOTICE OF CHANGE OF ADDRESS OF CREDITOR

**Address to be changed:**         ☒ Notice Address
(both may be selected, if applicable)    ☒ Payment Address

OLD ADDRESS:     ONEMAIN FINANCIAL
                       (Name)
                       PO BOX 70912
                       (Street Address or P.O. Box)
                       CHARLOTTE, NC 28272
                       (City, State, Zip Code)

NEW ADDRESS:    ONEMAIN FINANCIAL
                       (Name)
                       PO BOX 3251
                       (Street Address or P.O. Box)
                       EVANSVILLE, IN 47731
                       (City, State, Zip Code)

*NOTE: This form may not be used in lieu of filing a Notice of Transferred Claim per Bankruptcy Rule 3001(e).

                                              /S/ Angela A Bowers
                                              **Signature of Creditor or Creditor's Attorney**
                                              OneMain, f/k/a Springleaf Financial Services
                                              PO BOX 3251
                                              Evansville, IN 47731
                                              800-266-9800
                                              **Name/OBA#/Address/Telephone #/Email**

FILED
WILKES-BARRE
2020 MAY 26 PM 12: 23
CLERK U.S. BANKRUPTCY COURT