```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 17-01661-RNO
Mark Andrew Stone                                               Chapter 13
Megan Theresa Stone
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke        Page 1 of 1              Date Rcvd: Jun 30, 2020
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2020.
db/jdb        +Mark Andrew Stone,   Megan Theresa Stone,   14 Yorktown Road,   Mountain Top, PA 18707-2236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                                   Signature:   /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2020 at the address(es) listed below:
              Brett   Freeman    on behalf of Debtor 1 Mark Andrew Stone bfecf@bankruptcypa.com,
               brettfreemanecf@gmail.com;usbkct@bankruptcypa.com;kecf@bankruptcypa.com;ivms@bankruptcypa.com;nec
               f@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com
              Brett   Freeman    on behalf of Debtor 2 Megan Theresa Stone bfecf@bankruptcypa.com,
               brettfreemanecf@gmail.com;usbkct@bankruptcypa.com;kecf@bankruptcypa.com;ivms@bankruptcypa.com;nec
               f@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com
              Brett   Freeman    on behalf of Plaintiff Mark  Stone bfecf@bankruptcypa.com,
               brettfreemanecf@gmail.com;usbkct@bankruptcypa.com;kecf@bankruptcypa.com;ivms@bankruptcypa.com;nec
               f@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com
              Carlo   Sabatini    on behalf of Debtor 1 Mark Andrew Stone usbkct@bankruptcypa.com,
               kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptc
               ypa.com;G62721@notify.cincompass.com
              Carlo   Sabatini    on behalf of Plaintiff Mark  Stone usbkct@bankruptcypa.com,
               kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptc
               ypa.com;G62721@notify.cincompass.com
              Carlo   Sabatini    on behalf of Debtor 2 Megan Theresa Stone usbkct@bankruptcypa.com,
               kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptc
               ypa.com;G62721@notify.cincompass.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Harry A Readshaw    on behalf of Defendant   Tate & Kirlin Associates, Inc.
               hreadshaw@eckertseamans.com
              Harry A Readshaw    on behalf of Witness    Tate & Kirlin Associates, Inc.
               hreadshaw@eckertseamans.com
              James   Warmbrodt    on behalf of Creditor   Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor   JPMorgan Chase Bank, National Association pa-bk@logs.com
              Peter E Meltzer    on behalf of Creditor   OneMain Financial Inc. bankruptcy@wglaw.com,
               ibernatski@wglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Mediator Vincent  Rubino
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
                                                                                             TOTAL: 15

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re: Mark Stone and Megan Stone | Chapter 13 |
|---|---|
| Debtors | Case No. 5:17-bk-01661-RNO |

## ORDER

Upon Consideration of Debtors' Motion to Approve Settlement and Payment of Compensaton to Counsel, it is hereby Ordered that the Motion is GRANTED. The settlement is approved and Debtor's counsel shall distribute the settlement fund as follows:

- $1,000.00 to Debtor;
- $2,550.00 to Sabatini Freeman, LLC

Dated: June 30, 2020

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge  BI