# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Mark Andrew Stone and Megan Theresa Stone,<br>    Debtors<br><br>Mark Andrew Stone and Megan Theresa Stone,<br>    Movants<br>v.<br><br>M&T Bank as servicer for Lakeview Loan Servicing, LLC,<br>    Respondent | Chapter 13<br><br>Case No. 5:17-bk-01661-MJC |

## CERTIFICATE OF SERVICE

I, Shannon Dodge, of Sabatini Freeman, LLC certify that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that on January 20, 2022, I served a copy of the within Notice of Final Cure Payment upon the following parties at their respective addresses by depositing same in the United States Mail, First Class, Postage Prepaid addressed to:

M&T Bank
Bankruptcy Department
P.O. Box 840
Buffalo, NY 14240-0810

Jack Zaharopoulos, Esquire will be served through the CM/ECF system. I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 20, 2022  /s/Shannon Dodge
Shannon Dodge, Paralegal
Sabatini Freeman, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
kecf@bankruptcypa.com