| | |
|---|---|
| In re Mark Stone and Megan Stone, Debtors | Case No. 5:17-bk-01661-MJC |

# CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____
_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375[*] in value in the aggregate.

☐ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or

---

[*] Amounts are subject to adjustment on 4/1/19 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375[*] in value in the aggregate.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  01 / 28 / 2022

_____
Debtor Mark Stone

# Signature Certificate

Reference number: 5AIMI-ADQFZ-ZBTJ6-VQKOB

| Signer | Timestamp | Signature |
|---|---|---|
| **Mark Stone**<br>Email: nepastone@icloud.com<br><br>Sent:<br>Viewed:<br>Signed: | <br><br><br>28 Jan 2022 14:56:19 UTC<br>28 Jan 2022 15:08:50 UTC<br>28 Jan 2022 15:15:16 UTC | *[signature]*<br><br>IP address: 104.28.57.94<br>Location: Philadelphia, United States |

Document completed by all parties on:
28 Jan 2022 15:15:16 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 30,000+ companies worldwide.

