**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re  Mark Stone and Megan Stone, Debtors | Case No. 5:17-bk-01661-MJC |

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒  I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐  I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address:_____

My current employer and my employer's address:_____

_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒  I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675[*] in value in the aggregate.

☐  I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or

---

[*] Amounts are subject to adjustment on 4/1/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Document Ref: MJOUS-JGDXH-Z7YFJ-PMQFD

acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675[*] in value in the aggregate.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on _01 / 28 / 2022_

_____
Debtor Megan Stone

Document Ref: MJOUS-JGDXH-Z7YFJ-PMQFD

# Signature Certificate

Reference number: MJOUS-JGDXH-Z7YFJ-PMQFD

| Signer | Timestamp | Signature |
|---|---|---|
| **Megan Stone**<br>Email: mstone1014@gmail.com | | |
| Sent: | 28 Jan 2022 15:00:11 UTC | |
| Viewed: | 28 Jan 2022 18:05:44 UTC | |
| Signed: | 28 Jan 2022 18:17:44 UTC | |

IP address: 50.32.56.10
Location: Mountain Top, United States

Document completed by all parties on:
28 Jan 2022 18:17:44 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature
solution trusted by 30,000+ companies worldwide.

