United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 17-01661-MJC
Mark Andrew Stone  Chapter 13
Megan Theresa Stone
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 6
Date Rcvd: Feb 03, 2022      Form ID: 3180W      Total Noticed: 109

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark Andrew Stone, Megan Theresa Stone, 14 Yorktown Road, Mountain Top, PA 18707-2236 |
| wit | + | Tate & Kirlin Associates, Inc., 580 Middleton Boulevard, Langhorne, PA 19047-1827 |
| 4912094 | + | BARBARA MACKO, WRIGHT TOWNSHIP TAX COLL, 321 S MOUNTAIN BLVD, MOUNTAIN TOP PA 18707-1915 |
| 4912103 | + | CITIZENS BANK, 250 LEGACY PLACE, DEDHAM MA 02026-6828 |
| 4912106 | | CREDIT CONTROL LLC, PO BOX 31179, TAMPA FL 33631-3179 |
| 4912109 | | DYNAMIC RECOVERY SOLUTIONS, PO BOX 25759, GREENVILLE SC 29616-0759 |
| 4912110 | + | Equifax, PO Box 740256, Atlanta GA 30374-0256 |
| 4912111 | + | Experian, Profile Maintenance, PO Box 9558, Allen TX 75013-9558 |
| 4912112 | + | FBCS INC, 330 S WARMINSTER RD STE 353, HATBORO PA 19040-3433 |
| 4912113 | | FBCS INC, PO BOX 1116, CHARLOTTE NC 28201-1116 |
| 4912114 | + | First National Bank, 100 S. Phillips Ave, Sioux Falls, SD 57104-6726 |
| 4912119 | + | GITTENS DISPOSAL SERVICE, PO BOX 133, MOUNTAIN TOP PA 18707-0133 |
| 4912122 | + | Honorable Gerald L. Feissner, MDJ-11-3-06, 321 South Mountain Boulevard, Mountain Top, PA 18707-1915 |
| 4912124 | | Jay N. Levin, President and CEO, OneMain Holdings, Inc., 601 N.W. Second Street, Evansville, IN 47708-1013 |
| 4912129 | + | Luzerne County Tax Claim Bureau, 200 North River Street, Wilkes-Barre, PA 18711-1004 |
| 4912135 | + | MONARCH RECOVERY MANAGEMENT, 10965 DECATUR RD, PHILADELPHIA PA 19154-3210 |
| 4912137 | + | MOUNTAIN TOP AREA, JOINT SANITARY AUTHORITY, 290 MORIO DR, MOUNTAINTOP PA 18707-9408 |
| 4912134 | | Merchants and Medical Credit Corp, 6324 Taylor Dr, Flint MI 48507-4685 |
| 4921596 | + | Mountaintop Area Joint Sanitary Authority, c/o Donald G. Karpowich, Attorney-at-Law, 85 Drasher Road, Drums PA 18222-2624 |
| 4912138 | + | NORTHEAST REVENUE SERVICE, 200 N RIVER STREET, WILKES BARRE PA 18711-1004 |
| 4912139 | + | NORTHEAST REVENUE SERVICE, 1170 HWY 315 STE 2, PLAINS PA 18702-6906 |
| 4912143 | | Officer, Managing or General Agent, OneMain Holdings, Inc., 601 N.W. Second Street, Evansville, IN 47708-1013 |
| 4912146 | | OneMain Holdings, Inc., 601 N.W. Second Street, Evansville, IN 47708-1013 |
| 4912151 | + | PPL Electric Utilities, 2 North 9th Street CPC-GENN1, Allentown, PA 18101-1179 |
| 4912147 | | Pennsylvania American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 4912149 | | Phillips & Cohen Assoc LTD, Mail Stop 559, 1002 Justison St, Wilmington DE 19801-5148 |
| 4912154 | | Ralph Gulko Esquire, Pressler and Pressler LLP, 7 Entin Rd., Parsippany NJ 07054-5020 |
| 4912157 | + | SERVICE ELECTRIC CABLE TV, AND COMMUNICATIONS, 15 J CAMPBELL COLLINS DR, WILKES BARRE PA 18702-6636 |
| 4912163 | + | THE RECEIVABLES MANAGEMENT, SERVICES CORPORATION, PO BOX 361595, COLUMBUS OH 43236-1595 |
| 4922207 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 4912168 | + | UGI PENN NATURAL GAS INC, PO BOX 15533, WILMINGTON DE 19850-5533 |
| 4912169 | + | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 4964016 | + | WebCollex LLC, c/o JD Receivables LLC, PO Box 382656, Germantown, TN 38183-2656 |
| 4912172 | | Wright Township, 321 South Mountain Boulevard, Mountaintop, PA 18707-1995 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: JPMORGANCHASE | Feb 04 2022 00:08:00 | JPMorgan Chase Bank, National Association, 3415 Vision Drive, Columbus, OH 43219 |
| cr | + | EDI: AGFINANCE.COM | | |

| Notice ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 04 2022 00:08:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 4912090 | + | Email/Text: amscbankruptcy@adt.com | Feb 03 2022 19:15:00 | ADT Security, 3190 S. Vaughn Way, Aurora, CO 80014-3512 |
| 4912091 | | Email/Text: kristin.villneauve@allianceoneinc.com | Feb 03 2022 19:15:00 | ALLIANCEONE RECEIVABLES, MANAGEMENT INC, PO BOX 3111, SOUTHEASTERN PA 19398-3111 |
| 4912092 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Feb 03 2022 19:15:00 | ALLIANCEONE RECEIVABLES MANAGEMENT INC, 4850 STREET RD SUITE 300, TREVOSE PA 19053-6643 |
| 4912093 | + | Email/PDF: bncnotices@becket-lee.com | Feb 03 2022 19:16:47 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 4948699 | | Email/PDF: bncnotices@becket-lee.com | Feb 03 2022 19:16:59 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4928161 | | Email/Text: csc.bankruptcy@amwater.com | Feb 03 2022 19:15:00 | American Water, PO Box 578, Alton, IL 62002-0578 |
| 4912095 | + | EDI: TSYS2 | Feb 04 2022 00:08:00 | BARCLAYS BANK DELAWARE, 125 S WEST ST, WILMINGTON DE 19801-5014 |
| 4912097 | | Email/Text: cms-bk@cms-collect.com | Feb 03 2022 19:15:00 | CAPITAL MANAGEMENT SERVICES LP, 698 1/2 S OGDEN ST, BUFFALO NY 14206-2317 |
| 4912098 | + | EDI: CAPITALONE.COM | Feb 04 2022 00:08:00 | CAPITAL ONE BANK, PO BOX 30281, SALT LAKE CITY UT 84130-0281 |
| 4912102 | + | EDI: CITICORP.COM | Feb 04 2022 00:08:00 | CITICARDS CBNA, PO BOX 6241, SIOUX FALLS SD 57117-6241 |
| 4912104 | + | Email/Text: mediamanagers@clientservices.com | Feb 03 2022 19:15:00 | CLIENT SERVICES INC, 3451 HARRY S TRUMAN BLVD, ST CHARLES MO 63301-9816 |
| 4912105 | + | Email/Text: mediamanagers@clientservices.com | Feb 03 2022 19:15:00 | CLIENT SERVICES INC, PO BOX 1503, ST PETERS MO 63376-0027 |
| 4912107 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 03 2022 19:16:47 | CREDIT ONE BANK, PO BOX 98872, LAS VEGAS NV 89193-8872 |
| 4912096 | + | EDI: CAPITALONE.COM | Feb 04 2022 00:08:00 | Cabela's/WFB, 4800 NW 1st Street, Lincoln, NE 68521-4463 |
| 4947147 | | Email/PDF: bncnotices@becket-lee.com | Feb 03 2022 19:17:11 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4912108 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 03 2022 19:16:50 | Credit One Bank, 585 E. Pilot Road, Las Vegas, NV 89119-3619 |
| 4912133 | + | EDI: CITICORP.COM | Feb 04 2022 00:08:00 | MACYS, PO BOX 8218, MASON OH 45050 |
| 4960354 | | EDI: Q3G.COM | Feb 04 2022 00:08:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 4912115 | + | EDI: AMINFOFP.COM | Feb 04 2022 00:08:00 | FIRST PREMIER BANK, 3820 N LOUISE AVE, SIOUX FALLS SD 57107-0145 |
| 4912117 | | EDI: FSAE.COM | Feb 04 2022 00:08:00 | FIRSTSOURCE ADVANTAGE LLC, PO BOX 628, BUFFALO NY 14240-0628 |
| 4912116 | + | EDI: FSAE.COM | Feb 04 2022 00:08:00 | FIRSTSOURCE ADVANTAGE LLC, 205 BRYANT WOODS S, AMHERST NY 14228-3609 |
| 4912118 | | Email/Text: bankruptcynotification@ftr.com | Feb 03 2022 19:15:00 | FRONTIER COMMUNICATIONS, 19 JOHN ST, MIDDLETOWN NY 10940-1234 |
| 4912120 | + | Email/Text: bankruptcy@affglo.com | Feb 03 2022 19:15:00 | GLOBAL CREDIT & COLLECTIONS CORP, 5440 N CUMBERLAND AVE STE 300, CHICAGO IL 60656-1486 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 4912121 | + EDI: WFFC.COM | Feb 04 2022 00:08:00 | Home Projects Visa, Wells Fargo, P.O. Box 6995, Portland, OR 97228-6995 |
| 4912123 | EDI: IRS.COM | Feb 04 2022 00:08:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 4912125 | EDI: JEFFERSONCAP.COM | Feb 04 2022 00:08:00 | JEFFERSON CAPITAL SYSTEMS LLC, 16 MCLELAND RD, ST CLOUD MN 56303 |
| 4959928 | EDI: JEFFERSONCAP.COM | Feb 04 2022 00:08:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 4912126 | + Email/Text: bknotificationdistribution@jhcapitalgroup.com | Feb 03 2022 19:15:00 | JH PORTFOLIO DEBT, 5757 PHANTOM DR STE 225, HAZELWOOD MO 63042-2429 |
| 4912099 | EDI: JPMORGANCHASE | Feb 04 2022 00:08:00 | CHASE, PO BOX 24696, COLUMBUS OH 43224-0696 |
| 4912100 | EDI: JPMORGANCHASE | Feb 04 2022 00:08:00 | CHASE, PO BOX 78420, PHOENIX AZ 85062-8420 |
| 4912101 | EDI: JPMORGANCHASE | Feb 04 2022 00:08:00 | CHASE BANK ONE, PO BOX 15298, WILMINGTON DE 19850 |
| 4956102 | EDI: JPMORGANCHASE | Feb 04 2022 00:08:00 | Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 4912127 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 03 2022 19:15:00 | KOHLS, PO BOX 3115, MILWAUKEE WI 53201-3115 |
| 4912128 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 03 2022 19:15:00 | KOHLS, PO BOX 2983, MILWAUKEE WI 53201-2983 |
| 4912130 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 03 2022 19:16:48 | LVNV FUNDING, CO RESURGENT CAPITAL SVCS, PO BOX 10497, GREENVILLE SC 29603-0497 |
| 4912132 | + Email/PDF: clerical@simmassociates.com | Feb 03 2022 19:16:45 | LVNV FUNDING LLC, PO BOX 1259, OAKS PA 19456-1259 |
| 4912131 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 03 2022 19:16:48 | LVNV FUNDING LLC, 625 PILOT RD STE 3, LAS VEGAS NV 89119-4485 |
| 4938158 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 03 2022 19:16:49 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4939779 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 03 2022 19:16:49 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5227278 | Email/Text: camanagement@mtb.com | Feb 03 2022 19:15:00 | M&T Bank, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0810 |
| 5227279 | Email/Text: camanagement@mtb.com | Feb 03 2022 19:15:00 | M&T Bank, Bankruptcy Department, P.O. Box 840, Buffalo, NY 14240-0810, M&T Bank, Bankruptcy Department |
| 4957929 | + EDI: MID8.COM | Feb 04 2022 00:08:00 | Midland Funding, LLC, Midland Credit Management, Inc., as agent for Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4912141 | + EDI: PINNACLE.COM | Feb 04 2022 00:08:00 | NORTHLAND GROUP INC, PO BOX 390846, MINNEAPOLIS MN 55439-0846 |
| 4912140 | + EDI: PINNACLE.COM | Feb 04 2022 00:08:00 | NORTHLAND GROUP INC, PO BOX 390905, MINNEAPOLIS MN 55439-0905 |
| 4912142 | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Feb 03 2022 19:15:00 | OFFICE OF US TRUSTEE MD OF PA, 228 WALNUT ST 11TH FLOOR, PO BOX 969, HARRISBURG PA 17108-0969 |
| 4914634 | EDI: AGFINANCE.COM | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | Feb 04 2022 00:08:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 4912144 | | EDI: AGFINANCE.COM | | |
| | | | Feb 04 2022 00:08:00 | ONEMAIN, PO BOX 742536, CINCINNATI OH 45274-2536 |
| 4912145 | + | EDI: AGFINANCE.COM | | |
| | | | Feb 04 2022 00:08:00 | ONEMAIN FINANCIAL INC, 695 KIDDER ST, WILKES BARRE PA 18702-6938 |
| 4912150 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Feb 03 2022 19:15:00 | PNC BANK, PO BOX 856177, LOUISVILLE KY 40285 |
| 4952321 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Feb 03 2022 19:15:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101-0570 |
| 4964275 | | EDI: PRA.COM | | |
| | | | Feb 04 2022 00:08:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4912576 | + | EDI: RECOVERYCORP.COM | | |
| | | | Feb 04 2022 00:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4912153 | | Email/Text: signed.order@pfwattorneys.com | | |
| | | | Feb 03 2022 19:15:00 | PRESSLER AND PRESSLER LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020 |
| 4912148 | | EDI: PENNDEPTREV | | |
| | | | Feb 04 2022 00:08:00 | Pennsylvania Department of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 4912148 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Feb 03 2022 19:15:00 | Pennsylvania Department of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 4959935 | + | EDI: JEFFERSONCAP.COM | | |
| | | | Feb 04 2022 00:08:00 | Premier Bankard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 4964145 | | EDI: Q3G.COM | | |
| | | | Feb 04 2022 00:08:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4912155 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Feb 03 2022 19:17:12 | RESURGENT CAPITAL SVCS, 55 BEATTIE PL #110, GREENVILLE SC 29601-5115 |
| 4912156 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Feb 03 2022 19:16:49 | Resurgent Correspondence, PO Box 10497, Greenville, SC 29603-0497 |
| 4912159 | + | EDI: RMSC.COM | | |
| | | | Feb 04 2022 00:08:00 | SYNCB TJX, PO BOX 965015, ORLANDO FL 32896-5015 |
| 4912160 | + | EDI: RMSC.COM | | |
| | | | Feb 04 2022 00:08:00 | SYNCB WALMART, PO BOX 965024, ORLANDO FL 32896-5024 |
| 4912161 | | EDI: RMSC.COM | | |
| | | | Feb 04 2022 00:08:00 | SYNCB/Lowe's, P.O. Box 965036, Orlando, FL 32896-5036 |
| 4912162 | | EDI: RMSC.COM | | |
| | | | Feb 04 2022 00:08:00 | SYNCB/Walmart, P.O. Box 965036, Orlando, FL 32896-5036 |
| 4958380 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Feb 03 2022 19:15:00 | TD BANK USA, N.A., C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 4912166 | | EDI: TFSR.COM | | |
| | | | Feb 04 2022 00:08:00 | TOYOTA FINANCIAL SERVICES, ASSET PROTECTION DEPT, PO BOX 2958, TORRANCE CA 90509-2958 |
| 4912164 | | EDI: TFSR.COM | | |
| | | | Feb 04 2022 00:08:00 | TOYOTA FINANCIAL SERVICES, PO BOX 5855, CAROL STREAM IL 60197-5855 |
| 4912165 | | EDI: TFSR.COM | | |
| | | | Feb 04 2022 00:08:00 | TOYOTA FINANCIAL SERVICES, PO BOX 8026, CEDAR RAPIDS IA 52409 |
| 4912167 | | Email/Text: DASPUBREC@transunion.com | | |
| | | | Feb 03 2022 19:15:00 | Transunion Corporation, Attention Public Records, 555 West Adams St, Chicago IL 60661 |
| 4922207 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | | Feb 03 2022 19:15:00 | Toyota Motor Credit Corporation, PO Box 9013, |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Addison, Texas 75001-9013 |
| 5184961 | | Email/PDF: bncnotices@becket-lee.com | Feb 03 2022 19:17:12 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4918800 | | Email/Text: bkrcy@ugi.com | Feb 03 2022 19:15:00 | UGI Utilities Inc, PO Box 13009, Reading PA 19612 |
| 4912169 | + | Email/Text: BAN5620@UCBINC.COM | Feb 03 2022 19:15:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 4935507 | + | EDI: AIS.COM | Feb 04 2022 00:08:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4912170 | + | EDI: VERIZONCOMB.COM | Feb 04 2022 00:08:00 | Verizon, PO Box 4003, Acworth, GA 30101-9004 |
| 4912171 | + | EDI: CAPITALONE.COM | Feb 04 2022 00:08:00 | WORLDS FOREMOST BANK, 4800 NW 1ST ST STE 300, LINCOLN NE 68521-4463 |
| 4952735 | | EDI: WFFC.COM | Feb 04 2022 00:08:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 78

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | M & T Bank |
| cr | | M&T Bank as servicer for Lakeview Loan Servicing, |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4912136 | ## | Monarch Recovery Management, Inc., PO Box 21089, Philadelphia, PA 19114-0589 |
| 4912152 | ##+ | PRESSLER AND PRESLLER, 508 PRUDENTIAL RD STE 200-B, HORSHAM PA 19044-2309 |
| 4912158 | ##+ | SRA ASSOCIATES INC, 401 MINNETONKA RD, HI NELLA NJ 08083-2914 |

TOTAL: 2 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2022          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brett Freeman | on behalf of Plaintiff Mark Stone bfecf@bankruptcypa.com brettfreemanecf@gmail.com;usbkct@bankruptcypa.com;kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com |
| Brett Freeman | on behalf of Debtor 1 Mark Andrew Stone bfecf@bankruptcypa.com brettfreemanecf@gmail.com;usbkct@bankruptcypa.com;kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa. |

| | |
|---|---|
| | com;sabecf@gmail.com;secf@bankruptcypa.com |
| Brett Freeman | on behalf of Debtor 2 Megan Theresa Stone bfecf@bankruptcypa.com brettfreemanecf@gmail.com;usbkct@bankruptcypa.com;kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com |
| Carlo Sabatini | on behalf of Plaintiff Mark Stone usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;g62721@notify.cincompass.com;sabatini.carlob107053@notify.bestcase.com |
| Carlo Sabatini | on behalf of Debtor 2 Megan Theresa Stone usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;g62721@notify.cincompass.com;sabatini.carlob107053@notify.bestcase.com |
| Carlo Sabatini | on behalf of Debtor 1 Mark Andrew Stone usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;g62721@notify.cincompass.com;sabatini.carlob107053@notify.bestcase.com |
| Harry A Readshaw | on behalf of Defendant Tate & Kirlin Associates Inc. hreadshaw@wtplaw.com |
| Harry A Readshaw | on behalf of Witness Tate & Kirlin Associates Inc. hreadshaw@wtplaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Kevin S Frankel | on behalf of Creditor JPMorgan Chase Bank National Association pa-bk@logs.com |
| Peter E Meltzer | on behalf of Creditor OneMain Financial Inc. bankruptcy@wglaw.com ibernatski@wglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Mediator Vincent Rubino lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 16

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Mark Andrew Stone<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–9179<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Megan Theresa Stone<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–9901<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:17–bk–01661–MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mark Andrew Stone
aka Mark Stone, aka Mark A. Stone

Megan Theresa Stone
aka Megan Stone, aka Megan T. Stone, fdba Liberty Cakes

2/3/22

**By the court:**

_Mark J. Conway_, United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**