United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                          Case No. 17-01661-MJC
Mark Andrew Stone                                               Chapter 13
Megan Theresa Stone
    Debtors

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Mark Andrew Stone, Megan Theresa Stone, 14 Yorktown Road, Mountain Top, PA 18707-2236 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2022                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brett Freeman | on behalf of Debtor 1 Mark Andrew Stone bfecf@bankruptcypa.com brettfreemanecf@gmail.com;usbkct@bankruptcypa.com;kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com |
| Brett Freeman | on behalf of Debtor 2 Megan Theresa Stone bfecf@bankruptcypa.com brettfreemanecf@gmail.com;usbkct@bankruptcypa.com;kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com |
| Brett Freeman | on behalf of Plaintiff Mark Stone bfecf@bankruptcypa.com brettfreemanecf@gmail.com;usbkct@bankruptcypa.com;kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com |
| Carlo Sabatini | on behalf of Debtor 1 Mark Andrew Stone usbkct@bankruptcypa.com |

kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;g6272
1@notify.cincompass.com;sabatini.carlob107053@notify.bestcase.com

Carlo Sabatini

on behalf of Plaintiff Mark Stone usbkct@bankruptcypa.com
kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;g6272
1@notify.cincompass.com;sabatini.carlob107053@notify.bestcase.com

Carlo Sabatini

on behalf of Debtor 2 Megan Theresa Stone usbkct@bankruptcypa.com
kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;g6272
1@notify.cincompass.com;sabatini.carlob107053@notify.bestcase.com

Harry A Readshaw

on behalf of Defendant Tate & Kirlin Associates  Inc. hreadshaw@wtplaw.com

Harry A Readshaw

on behalf of Witness Tate & Kirlin Associates  Inc. hreadshaw@wtplaw.com

Jack N Zaharopoulos (Trustee)

TWecf@pamd13trustee.com

James Warmbrodt

on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

James Warmbrodt

on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

Kevin S Frankel

on behalf of Creditor JPMorgan Chase Bank  National Association pa-bk@logs.com

Peter E Meltzer

on behalf of Creditor OneMain Financial Inc. bankruptcy@wglaw.com  ibernatski@wglaw.com

Rebecca Ann Solarz

on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino

on behalf of Mediator Vincent Rubino
lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.
com;swiggins@newmanwilliams.com

TOTAL: 16

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Mark Andrew Stone,<br>aka Mark Stone, aka Mark A. Stone, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:17−bk−01661−MJC |
| Megan Theresa Stone,<br>aka Megan Stone, aka Megan T. Stone, fdba Liberty Cakes, | | |
| **Debtor 2** | | |

Social Security No.:

           xxx−xx−9179        xxx−xx−9901

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Jack N Zaharopoulos (Trustee)

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  April 5, 2022

**fnldec** (01/22)